RECEIVED
IN LAKE CHARLES, LA

JUL 2 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 04-1708 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| JTS REALTY XVII PARTNERSHIP IN COMMENDAM, SHELTER RESOURCE CORPORATION, AND SHELTER RESOURCE FUND | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss [doc. #8] filed by defendants, JTS Realty XVII Partnership, a Louisiana partnership in commendam, through Shelter Resource Corporation, a California corporation, its general partner and Shelter Resource Fund, a California limited partnership, is hereby **DENIED**.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 28th day of July, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE